**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ROBERT LEON FOREMAN** | ) | **CASE NUMBER: 16-05959-JJG-7** |
| **JOAN FOREMAN** | ) | **CHAPTER: 7** |
| **Debtors.** | ) | |

**MOTION FOR RELIEF FROM STAY**
**AND FOR ABANDONMENT OF REAL ESTATE**

U.S. Bank National Association (hereinafter referred to as "U.S. Bank National Association"), Creditor, for its Motion for Relief From Stay and for Abandonment of Real Estate, against Robert Leon Foreman and Joan Foreman, alleges and says:

1. On August 3, 2016, Robert Leon Foreman and Joan Foreman (hereinafter referred to as the "Debtors") filed a Petition under Chapter 7 of the Bankruptcy Code in this Court under the above denominated case number.

2. U.S. Bank National Association is a secured creditor of Debtors.

3. On September 29, 2014, the Debtors borrowed from U.S. Bank National Association the sum of $115,400.00 and to evidence such indebtedness made, executed and delivered to U.S. Bank National Association a Note (hereinafter referred to as the "Note") under the terms of which Debtors promised to repay that sum with interest thereon at the rate of 4.500% per annum by monthly payments on the first day of each month and continuing each month thereafter until October 1, 2044, at which time the entire balance is due and owing, with attorneys' fees and without relief from valuation and appraisement laws. A copy of said Note is attached hereto, with loan number redacted, if applicable, incorporated herein, and marked Exhibit "A".

4. On September 29, 2014, the Debtors executed a Mortgage to U.S. Bank National Association on real estate and improvements located thereon. Said real estate is situated in

Delaware County, Indiana (hereinafter referred to as the "Real Estate") which Real Estate is more particularly described as follows:

SEE ATTACHED LEGAL DESCRIPTION

and commonly known as: 4500 W County Road 1275 N, Muncie, IN 47303. A copy of said Mortgage being attached hereto with loan number redacted, if applicable, incorporated herein, and marked Exhibit "B".

5. The Mortgage was duly recorded on October 13, 2014 as Instrument No. 2014R11833, in the Office of the Recorder of Delaware County, Indiana.

6. Installments have not been paid according to the terms of the Note and Mortgage and, therefore, the Note and Mortgage are in default.

7. By reason of the default of the Debtors, U.S. Bank National Association exercised its option under the Note and Mortgage to declare the entire indebtedness due and payable.

8. There is due and owing to U.S. Bank National Association the sum of $113,299.51 in principal and interest as of August 16, 2016, and interest currently accruing thereafter, together with attorneys' fees and any other costs or expenses incurred by U.S. Bank National Association to secure the lien of its Mortgage and as otherwise provided therein.

9. The latest monthly installment was applied to the June 1, 2016 installment, and the Note and Mortgage are in default.

10. There is little or no equity in the Real Estate for the benefit of unsecured creditors.

11. It is the Debtors' intention to surrender the property.

12. U.S. Bank National Association is being irreparably harmed by the stay preventing it from proceeding to foreclose on its Mortgage because the sums due and owing U.S. Bank National Association are increasing rapidly through the continued accrual of interest and the

incurring of other costs and expenses by U.S. Bank National Association to protect its interest in the real estate which is diminishing the secured position of U.S. Bank National Association and accordingly, this Court should enter an Order authorizing U.S. Bank National Association to institute such proceedings as may be necessary to realize upon its Mortgage, which would not hinder, burden, delay, or be inconsistent with this proceeding.

13. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

WHEREFORE, U.S. Bank National Association, by counsel, respectfully moves the Court for an Order pursuant to Section 362 of the Bankruptcy Code, be modified to permit it to institute proceedings to foreclose upon its Mortgage and to otherwise enforce its rights against the real Estate, for abandonment of the Real Estate from Debtor's bankruptcy estate, and for such other relief as is just and proper in the premises.

Creditor, by counsel, further prays that the 14 day stay of the order imposed by Bankruptcy Rule 4001(a)(3) be waived.

DOYLE & FOUTTY, P.C.

By: /s/ Stacy J. DeLee

Attorneys for U.S. Bank National Association
DOYLE & FOUTTY, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylelegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Relief from Stay was served upon the following by U.S. first class mail, postage prepaid, or electronic mail as of the date of filing with the U.S. Bankruptcy Court:

John B. LaRue, 4910 N Wheeling Ave, Muncie, IN 47304, bankruptcy@johnblarue.com
Gregory K. Silver, 334 N. Senate Avenue, Indianapolis, IN 46204
U.S. Trustee, 101 W. Ohio Street, Ste. 1000, Indianapolis, IN 46204

By: /s/ Stacy J. DeLee

Attorney for U.S. Bank National Association
DOYLE & FOUTTY, P.C.
41 E Washington Street, Suite 400
Indianapolis, IN 46204
Phone: (317) 264-5000
Fax: (317) 264-5400
Email: bankruptcy@doylelegal.com

S. Brent Potter (10900-49)
Tina M. Caylor (30994-49)
Stacy J. DeLee (25546-71)
David M. Johnson (30354-45)
Heather L. Grimstad (32356-49)
Anthony L. Manna (23663-49)
Alan W. McEwan (24051-49)
Matthew L. Foutty (20886-49)
Craig D. Doyle (4783-49)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Telephone (317) 264-5000
Facsimile (317) 264-5400